**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE M. LEWIS, | Case No. 1:14-cv-01654-SMS |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | (Doc. 2) |
| Defendant. | |

By motion filed October 22, 2014, Plaintiff Jessie M. Lewis seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue new case documents. Plaintiff's attorney is directed to serve the Commissioner.

IT IS SO ORDERED.

Dated: __October 23, 2014__          _____/s/ **Sandra M. Snyder**
                                                        UNITED STATES MAGISTRATE JUDGE

1